IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YESENIA CAMPOS<br><br>Defendant. | Case No.: CR 22-435 HSG<br><br>~~[PROPOSED]~~ RELEASE ORDER |

As stated on the record on December 9, 2025, before this Court, IT IS HEREBY ORDERED that Yesenia Campos be released from U.S. Marshal Custody at the West County Detention Facility at 9:00 am on December 10, 2025.

United States Probation will call a Lyft for Ms. Campos to take her directly to residential treatment at Center Point in San Rafael. Ms. Campos shall immediately report to Center Point, and abide by all previously imposed conditions of her supervision.

DATED: December 9, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge